Henry Coste, Jr., Respondent, v. Frank Jabaut, Appellant.— Order affirmed, without costs. All concurred.

Adalard J. Dubee, Respondent, v. H. W. Johns-Manville Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Henry S. Dermott, as Sole Executor, etc., Respondent, v. The State of New York, Appellant.— Order affirmed, without costs. All concurred.

Jane W. Fisk, Respondent, v. Claude J. Holding, Appellant, Impleaded with Another.— Appeal dismissed, without costs.

Sarah J. Gillett, Respondent, v. G. Byron Gillett, Appellant.— Order affirmed, with costs. All concurred.

Louisa Gillett, Respondent, v. G. Byron Gillett, Appellant.— Judgment and order unanimously affirmed, with costs.

George Griffin, Respondent, v. Armond E. Wheaton, Appellant.— Order reversed, with costs to appellant, upon the ground that the amendments of the decision and judgment were not warranted by the findings. All concurred.

Herman House, Appellant, v. Elizabeth Taylor and Others, Respondents.— Judgment unanimously affirmed, with costs.

William C. Higgins, Respondent, v. Helen E. Higgins, Appellant.— Interlocutory judgment unanimously affirmed, without costs.

Ellsworth J. Johnson, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Jointa Lime Company v. Glens Falls Match Company.— Motion to dismiss appeals granted, with ten dollars costs in each case.

George Edward Kirchner, Appellant, v. Edward A. W. Eck and Others, Respondents.— Judgment unanimously affirmed, with costs.

Joseph Liska, Respondent, v. The City of Schenectady, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Acquisition of Lands for the Improvement of State Street from Broadway to the Pier. Alexander Friedlander, Appellant; The City of Albany and Frank A. Fort, Respondents.— Order unanimously affirmed, with costs.

In the Matter of the Examination of John J. McCormick, President, and Others, Appellants. Frank H. Kennedy, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Robert M. Mitchell, Respondent, v. Jay A. Planck, Appellant.— Judgment and order unanimously affirmed, with costs.

Joseph P. L. Malone, Appellant, v. Elias P. Mann, Respondent, Impleaded with Joseph Malone and Others.— Judgment unanimously affirmed, with costs.

Margaret McGovern, as Sole Administratrix, etc., Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs; Kellogg, J., not sitting.

Cyrus S. Merrill, Appellant, v. United Box Board and Paper Company, Respondent.— Judgment unanimously affirmed, with costs.

Catherine McCann, Respondent, v. Arthur B. Van Loon, Appellant.— Order affirmed, with costs. All concurred.